**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**

A LIMITED LIABILITY PARTNERSHIP FORMED IN THE STATE OF NEW YORK

ONE GATEWAY CENTER, 25TH FLOOR
NEWARK, NJ 07102-5311

TELEPHONE (973) 877-6400
FACSIMILE (973) 877-6401

RICARDO SOLANO JR.
DIRECT DIAL (973) 877-6421
DIRECT FAX (973) 877-6422

NEW YORK OFFICE
7 TIMES SQUARE
NEW YORK, NY 10036-6516
TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250

March 12, 2013

BY ELECTRONIC TRANSMISSION

Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

    Re: *Tafuto v. New Jersey Institute Of Technology, et al.*
       Docket No. 3:10-cv-04521-PGS-TJB

Dear Judge Bongiovanni:

  This firm represents Louis Tafuto III in the above-referenced matter for purposes of settlement discussions. On February 13, 2013, the Court directed the parties to report back to the Court on March 13, 2013, regarding the status of settlement discussions. I am writing to request an extension of that deadline to March 25, 2013, for the reasons that follow:

  Unfortunately, the attorney at the firm primarily responsible for handling this matter had to go on medical leave on March 8, 2013. Although I have been supervising the matter, I was not as involved in internal discussions with Mr. Tafuto. Therefore, I am requesting the above extension to give me an opportunity to continue our internal discussions with Mr. Tafuto and to have further discussions with counsel for the defendants regarding the possibility of settling this case.

  Thank you for your attention to this matter. If Your Honor wishes to hear from the parties before March 25, 2013, we will make ourselves available.

            Respectfully submitted,

            Ricardo Solano

Enclosures

2801152.1