**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**

A LIMITED LIABILITY PARTNERSHIP FORMED IN THE STATE OF NEW YORK

ONE GATEWAY CENTER, 25TH FLOOR

NEWARK, NJ 07102-5311

TELEPHONE (973) 877-6400

FACSIMILE (973) 877-6401

RICARDO SOLANO JR.
DIRECT DIAL (973) 877-6421
DIRECT FAX (973) 877-6422

NEW YORK OFFICE
7 TIMES SQUARE
NEW YORK, NY 10036-6516
TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250

March 25, 2013

BY ELECTRONIC TRANSMISSION

Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

      Re:  *Tafuto v. New Jersey Institute Of Technology, et al.*
            Docket No. 3:10-cv-04521-PGS-TJB

Dear Judge Bongiovanni:

      This firm represents Louis Tafuto III in the above-referenced matter for purposes of settlement discussions, and I am writing to update the Court on the status of those discussions. Defense counsel, M. Trevor Lyons, and I have had discussions in an attempt to reach a resolution, but have been unable to do so. Unfortunately, given the parties' respective positions at this time, it is not likely that a settlement is possible. If Your Honor would like to hear from Mr. Lyons and myself, we will make ourselves available at your convenience for a status conference either by telephone or in-person to provide further information.

Respectfully submitted,

Ricardo Solano Jr.

cc:    M. Trevor Lyons
        Louis Tafuto III

2812902.1