**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**

A LIMITED LIABILITY PARTNERSHIP FORMED IN THE STATE OF NEW YORK

ONE GATEWAY CENTER, 25TH FLOOR
NEWARK, NJ 07102-5311
TELEPHONE (973) 877-6400
FACSIMILE (973) 877-6401

RICARDO SOLANO JR.
DIRECT DIAL (973) 877-6421
DIRECT FAX (973) 877-6422

NEW YORK OFFICE
7 TIMES SQUARE
NEW YORK, NY 10036-6516
TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250

April 6, 2013

BY ELECTRONIC TRANSMISSION

William T. Walsh
Clerk of Court
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

    Re:   *Tafuto v. New Jersey Institute Of Technology, et al.*
           Docket No.  3:10-cv-04521-PGS-TJB

Dear Mr. Walsh:

    This firm represents Louis Tafuto III in the above-referenced matter for purposes of settlement discussions.  As of March 29, 2013, Brett Hartman is no longer affiliated with this firm.  Accordingly, we request that he be removed from the docket in this case and that all communications be directed to the other attorney in this firm listed on the docket, Ricardo Solano Jr.

    Thank you for your attention to this matter.

           Respectfully submitted,

           /s/ Ricardo Solano Jr.
           Ricardo Solano Jr.

cc:    All counsel (by Electronic Transmission)

2801152.1