**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
**(609) 989-2040**

| CHAMBERS OF<br>**TONIANNE J. BONGIOVANNI**<br>**UNITED STATES MAGISTRATE JUDGE** | **U.S. COURTHOUSE**<br>402 E. STATE STREET, RM 6052<br>TRENTON, NJ 08608 |
|---|---|

April 10, 2013

**LETTER ORDER**

Re: **Tafuto v. New Jersey Institute of Technology, et al.**
    **Civil Action No. 10-4521 (PGS)**

Dear Counsel:

As discussed during the status telephone conference held earlier today in this matter, it regrettably appears that settlement discussions are no longer fruitful. Therefore, Ricardo Solano, Jr., Esq., Plaintiff's *pro bono* counsel as appointed by letter order dated January 20, 2013 [Docket Entry No. 52] for settlement purposes only is hereby terminated as Plaintiff's counsel. As outlined in the Court's Minute Entry from today, the parties are reminded that they are to submit a proposed schedule no later than April 26, 2013.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED THAT THE CLERK OF THE COURT TERMINATE RICARDO SOLANO, JR., ESQ. AS COUNSEL FOR PLAINTIFF.**

    s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**