UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

<u>**TRENTON**</u>                                                              <u>**September 5, 2013**</u>
**OFFICE**                                                                         DATE OF PROCEEDINGS

**JUDGE: TONIANNE BONGIOVANNI**
DIGITALLY RECORDED


**TITLE OF CASE**:                                                       CV-10-4521 (PGS)

LOUIS TAFUTO, III
      V.
NEW JERSEY INSTITUE OF TECHNOLOGY, et. al.


**APPEARANCES:**

Louis Tafuto, III, *pro se* plaintiff
Martin Lyons , Esq., for defendant

**NATURE OF PROCEEDING:**

Telephone status conference held.
Plaintiff to produce all outstanding discovery no later than 10/4/13.
By 10/11/13, Defendant is to advise whether production was complete. A status telephone conference will be set thereafter.




**TIME COMMENCED: 12:55 PM**                              <u>s/ Nativelis Rodriguez</u>
**TIME ADJOURNED: 1:00 PM**                                              Deputy Clerk
**TOTAL TIME: 5 MIN**